IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CONNIE ANNETT WARD, § <br> PLAINTIFF, § <br> § <br> V. § CIVIL CASE NO. 3:24-CV-582-B-BK <br> § <br> BILLY JOHNSON DENTAL CLINIC, § <br> DENTAC, § <br> DEFENDANT. § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED this 8th day of October, 2024.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE